IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOTER REFERENCE FOUNDATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>Defendant. | Case Number: 1:24-cv-12592 (DJC) |

## DECLARATION OF J. CHRISTOPHER AMRHEIN, JR.

I, J. Christopher Amrhein, Jr., Esq., declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and accurate:

1. I am an attorney of record for Plaintiff in the above-captioned matter.

2. Copies of Complaint and Summons were served upon Defendant on October 17, 2024.

3. A copy of the proof of service is attached hereto as Exhibit A.

Executed on:   October 25, 2024

Location:   Massachusetts

J. Christopher Amrhein, Jr.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, I caused the foregoing document to be electronically filed using the CM/ECF system, which will deliver copies of the foregoing to all counsel of record and registered participants.

*/s/ J. Christopher Amrhein, Jr.*
J. Christopher Amrhein, Jr.
