**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** Plaintiff, | ) | |
| **v.** | ) | **Civil Action: 1:24-CV-12592-DJC** |
| **WILLIAM GALVIN**, in his official capacity as Secretary of the Commonwealth of Massachusetts, Defendant. | ) | |

**INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description | Previously Labeled As |
|---|---|---|
| A | Secretary Galvin's Responses & Objections to Plaintiff's First Requests for Admission | - |
| B | Secretary Galvin's Responses & Objections to Plaintiff's First Interrogatories | - |
| C | Voter List VRIS Extract | Ex. A to Sec.'s Responses to Plaintiff's First Requests for Admission |
| D | Secretary Galvin's Responses & Objections to Plaintiff's Second Interrogatories | - |
| E | Licensing Agreement | Ex. 1 to Plaintiff's Second Requests for Admission to Secretary |
| F | Secretary Galvin's Responses & Objections to Plaintiff's Second Requests for Admission | - |
| G | Declaration of K. Kidd | - |
| H | VRF June 27, 2024 Request | Complaint Ex. A ECF No. 1-1 |
| I | Secretary's July 12, 2024 Response | Complaint Ex. B ECF No. 1-2 |
| J | NVRA Notice of Violation | Complaint Ex. C ECF No. 1-3 |
| K | Secretary's Cross-Motion for Summary Judgment in *The Committee for Massachusetts Voter Identification Ballot Question v. Galvin*, Case No. 1:24-cv-12029-NMG | - |