UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VOTER REFERENCE FOUNDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GALVIN, IN HIS OFFICIAL CAPAICTY AS SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12592-DJC |

### DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59(e), Defendant William Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, respectfully asks this Court to alter or amend the Memorandum and Order (the "Order"), dated March 26, 2026, Docket No. 44. Specifically, the Secretary asks the Court to: (1) remove several sentences in the Order that incorrectly state that the Secretary agrees, or does not dispute, that the statewide voter list is a "record" that must be made available under the National Voter Registration Act; and (2) consider whether other changes to the Order are necessary in light of the Court's misstatements of the Secretary's position in this case.

WHEREFORE, for these reasons and the reasons set forth in his supporting memorandum of law, the Secretary respectfully requests that the Court alter or amend the Order, Docket No. 44.

April 23, 2025                           Respectfully submitted,

1

WILLIAM GALVIN, in his official capacity as
Secretary of the Commonwealth of Massachusetts,

By his attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Phoebe Fischer-Groban*
Anne Sterman, BBO No. 650426
Phoebe Fischer-Groban, BBO No. 687068
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2589
Anne.sterman@mass.gov
phoebe.fischer-groban@mass.gov

2

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that on April 22, 2026, I conferred with counsel for Plaintiff Voter Reference Foundation, LLC, and attempted in good faith to narrow or resolve the issues presented by this motion.

/s/ Phoebe Fischer-Groban
Phoebe Fischer-Groban
Assistant Attorney General


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 23, 2026.

/s/ Phoebe Fischer-Groban
Phoebe Fischer-Groban
Assistant Attorney General