UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOTER REFERENCE FOUNDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GALVIN, IN HIS OFFICIAL CAPAICTY AS SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12592-DJC |

**DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR FEES**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendant William Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, respectfully requests that the Court extend the Secretary's deadline to respond to Plaintiff's Application for Attorneys' Fees and Expenses, Docket No. 51, to **December 4, 2026**. Undersigned counsel states that good cause supports its motion, as follows:

1. On October 1, 2026, Plaintiff Voter Reference Foundation, LLC filed an application for fees pursuant to the Court's March 26, 2026, Memorandum and Order, and its order allowing the Plaintiff's motion for an extension of time to file its application, Docket Nos. 44, 46. Plaintiff's fee application attaches as exhibits over 250 pages of invoices and expenses.

2. The Secretary's response to the application is due on October 15, 2026. To respond to the application, undersigned counsel must carefully review the attached invoices and expenses filed in support of the application.

3. Since the application was filed, Assistant Attorney General Fischer-Groban has had several competing and pressing deadlines, including: a status conference for related impounded matters in Suffolk Superior Court, Case No. 2482CV01484 and Boston Juvenile Court, Case No. 26EQ0001B0, on October 5; oral argument in *Pratt v. Westbrook*, Supreme Judicial Court No. SJC-13822, on October 7, as well as pre-planned time out of state for Indigenous Peoples' Day weekend.

4. In addition, both undersigned counsel represent the Secretary in election-related matters, which are typically litigated on an emergency basis in the weeks before and after the November 3 election. Over the coming month, undersigned counsel anticipate they may be required to represent the Secretary in emergency election-related litigation. Over the next six weeks, the Secretary's office will be administering the election, which will consume a significant amount of the Secretary's time and resources during that period.

5. Voter Reference Foundation, LLC does not oppose the relief requested in this motion.

WHEREFORE, the Secretary respectfully requests that the Court extend his deadline to respond to the Plaintiff's Application for Attorneys' Fees and Expenses to **December 4, 2026.**

October 15, 2026

Respectfully submitted,

WILLIAM GALVIN, in his official capacity as
Secretary of the Commonwealth of Massachusetts,

By his attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Phoebe Fischer-Groban*
Anne Sterman, BBO No. 650426
Phoebe Fischer-Groban, BBO No. 687068
Assistant Attorneys General

Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2589
Anne.sterman@mass.gov
phoebe.fischer-groban@mass.gov

**LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that on October 14, 2026, I conferred with counsel for Plaintiff Voter Reference Foundation, LLC, who does not oppose the relief requested in this motion.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 15, 2026.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General